**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KURT CATLETT                                                                                                    PLAINTIFF

v.                                         No. 2:16CV00048 JLH

SOUTHERN FARM BUREAU CASUALTY
INSURANCE COMPANY                                                                                      DEFENDANT

### ORDER

Plaintiff's motion for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure is GRANTED.  Document #8.  This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 2nd day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE